# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DYNAMIC WORLDWIDE LOGISTICS, | : | CIVIL 07-5936 (PGS) |
| | : | |
| V. | : | |
| | | ORDER FOR DISMISSAL |
| PACIFIC DESIGN AND | : | |
| MANUFACTURING, INC., | : | Pursuant to General |
| | : | Rule 41.1 |

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since notice from the Clerk on November 8, 2008,

It is on this 18th day of November 2008,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

_____
PETER G. SHERIDAN, U.S.D.J.